IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

Richard Rolands Jones, III

**Plaintiff,**

v.

Lockheed Martin Global, Inc. and Heidi Moore

**Defendant.**

Case No. 8:25-CV-02875

## ENTRY OF APPEARANCE IN A CIVIL CASE

TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:

Enter my appearance as counsel in this case for the Plaintiff

I certify that I am admitted to practice in this Court.

February 25, 2026
Date

_[signature]_
Signature

Leslie Oguchi (Bar ID: 31993)
Printed name and bar number

5903 Serrano Terrace Lane, Houston, TX 77041
Address

Leslie.Oguchi@oguchilaw.com
Email address

(832) 454-6612
Telephone number

Fax number